**Order entered February 9, 2023**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

**No. 05-22-01281-CR**
**No. 05-22-01288-CR**

**JULIO LOPEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F21-00643-U, F20-22494-U**

**ORDER**

Court Reporter Sasha Brooks's request for an extension of time to file the reporter's record is **GRANTED**, and we **ORDER** the reporter's record due **MARCH 10, 2023**.

/s/    NANCY KENNEDY
         JUSTICE